**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: **Justin Warren Heichel** | **BK NO. 18-03476 JJT** |
| **aka Justin Heichel** | |
| **aka Justin W. Heichel** | **Chapter 13** |
| **&** | |
| **Brianna Kathryn Spak-Heichel** | |
| **aka Brianna Heichel** | |
| **aka Brianna Spak** | |
| **aka Brianna K. Heichel** | |
| **aka Brianna Kathryn Heichel** | |
| **aka Brianna K. Spak** | |
| **aka Brianna Spak-Heichel** | |
| **aka Brianna Kathryn Spak** | |
| **aka Brianna K. Spak-Heichel** | |
| | |
| **Debtors** | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322