```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-03476-JJT
Justin Warren Heichel                                               Chapter 13
Brianna Kathryn Spak-Heichel
         Debtors               CERTIFICATE OF NOTICE
District/off: 0314-5       User: KADavis              Page 1 of 2            Date Rcvd: Oct 04, 2018
                           Form ID: ntcnfhrg          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         Justin Warren Heichel,   Brianna Kathryn Spak-Heichel,    851 Main St,
                 Sugar Notch, PA  18706-2013
5098046       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bankamerica,   PO Box 982238,   El Paso, TX  79998-2238)
5112471        Bank of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
5108948       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5098047        Bk of Amer,   4909 Savarese Cir,   Tampa, FL  33634-2413
5098048        Cap1/bstby,   PO Box 6497,   Sioux Falls, SD  57117-6497
5098050        Cross Valley F C U,   640 Baltimore Dr,   Wilkes Barre, PA  18702-7943
5098052        ESSA,   200 Palmer St,   Stroudsburg, PA  18360-1645
5107956       +GEISINGER HEALTH SYSTEM,   100 NORTH ACADEMY AVE,   DANVILLE, PA 17822-0001
5098053       +Geisinger Wyoming Valley Med,   1000 E Mountain Dr,   Wilkes Barre, PA 18711-0002
5098054        H & R Accounts Inc,   5320 22nd Ave,   Moline, IL 61265-3627
5098043        Heichel Justin Warren,   851 Main St,   Sugar Notch, PA 18706-2013
5098056        John F. Kulick, Jr.,   Kulick Law Firm LLC,   1701 Wyoming Ave Ste 2,   Exeter, PA 18643-1438
5098045        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA 18701-1708
5098044        Spak-Heichel Brianna Kathryn,   851 Main St,   Sugar Notch, PA 18706-2013
5098060        Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
5098062        Younomics,   35 E 21st St,   New York, NY  10010-6212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5098049        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 19:13:11      Capital One,
                 15000 Capital One Dr,   Richmond, VA  23238-1119
5104721        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 19:13:11
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
5098051        E-mail/Text: electronicbkydocs@nelnet.net Oct 04 2018 19:08:48     Dept of Education/Neln,
                 121 S 13th St,   Lincoln, NE  68508-1904
5098055        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 04 2018 19:08:50     Jefferson Capital Syst,
                 16 McLeland Rd,   Saint Cloud, MN  56303-2198
5114419        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 19:12:51
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5098057        E-mail/Text: camanagement@mtb.com Oct 04 2018 19:08:37     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY  14203-1420
5105092        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 19:12:30
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5098401       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 19:12:30
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5098059        E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 19:12:51      Syncb/Care Credit,
                 950 Forrer Blvd,   Kettering, OH  45420-1469
5098058        E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 19:12:30      Syncb/amazon,   PO Box 965015,
                 Orlando, FL  32896-5015
5103808       +E-mail/Text: electronicbkydocs@nelnet.net Oct 04 2018 19:08:48
                 U.S. Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
5098061        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 19:08:30
                 VERIZON WIRELESS,   PO Box 3397,   Bloomington, IL  61702-3397
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 2 Brianna Kathryn Spak-Heichel MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 Justin Warren Heichel MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin Warren Heichel,
aka Justin Heichel, aka Justin W. Heichel,

**Debtor 1**

Chapter 13

Case No. 5:18–bk–03476–JJT

Brianna Kathryn Spak–Heichel,
aka Brianna Spak, aka Brianna K. Heichel, aka Brianna Heichel, aka Brianna Kathryn Heichel, aka Brianna K. Spak–Heichel, aka Brianna K. Spak, aka Brianna Spak–Heichel, aka Brianna Kathryn Spak,

**Debtor 2**

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 6, 2018 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 4, 2018 |

ntcnfhrg (03/18)