```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03476-JJT
Justin Warren Heichel                                           Chapter 13
Brianna Kathryn Spak-Heichel
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: REshelman        Page 1 of 1         Date Rcvd: Nov 06, 2018
                          Form ID: ntcltrdb      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
5098052        ESSA,    200 Palmer St,    Stroudsburg, PA   18360-1645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Brianna Kathryn Spak-Heichel MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Justin Warren Heichel MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Justin Warren Heichel,
aka Justin Heichel, aka Justin W. Heichel,

**Debtor 1**

Brianna Kathryn Spak–Heichel,
aka Brianna Spak, aka Brianna K. Heichel, aka Brianna Heichel, aka Brianna Kathryn Heichel, aka Brianna K. Spak–Heichel, aka Brianna K. Spak, aka Brianna Spak–Heichel, aka Brianna Kathryn Spak,

**Debtor 2**

Chapter 13

Case No. 5:18–bk–03476–JJT

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#17) has been filed by the Debtor on behalf of ESSA in the amount of $6733.00.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Date: November 6, 2018

ntcltrdb 05/18