Certificate Number: 17572-PAM-DE-035910050

Bankruptcy Case Number: 18-03476



17572-PAM-DE-035910050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2021</u>, at <u>5:57</u> o'clock <u>PM PDT</u>, <u>Brianna K Spak-Heichel</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 11, 2021</u>

By: <u>/s/Judy Alexander</u>

Name: <u>Judy Alexander</u>

Title: <u>Counselor</u>