| In re: | Case No. 18-03476-MJC |
|---|---|
| Justin Warren Heichel | Chapter 13 |
| Brianna Kathryn Spak-Heichel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 3180W | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin Warren Heichel, Brianna Kathryn Spak-Heichel, 851 Main St, Sugar Notch, PA 18706-2013 |
| cr | + | ESSA Bank & Trust, 200 Palmer Street, Stroudsburg, PA 18360-1645 |
| 5108948 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5098048 | | Cap1/bstby, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5098050 | | Cross Valley F C U, 640 Baltimore Dr, Wilkes Barre, PA 18702-7943 |
| 5098052 | | ESSA, 200 Palmer St, Stroudsburg, PA 18360-1645 |
| 5107956 | + | GEISINGER HEALTH SYSTEM, 100 NORTH ACADEMY AVE, DANVILLE, PA 17822-0001 |
| 5098053 | + | Geisinger Wyoming Valley Med, 1000 E Mountain Dr, Wilkes Barre, PA 18711-0002 |
| 5098043 | | Heichel Justin Warren, 851 Main St, Sugar Notch, PA 18706-2013 |
| 5098056 | | John F. Kulick, Jr., Kulick Law Firm LLC, 1701 Wyoming Ave Ste 2, Exeter, PA 18643-1438 |
| 5098045 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5098044 | | Spak-Heichel Brianna Kathryn, 851 Main St, Sugar Notch, PA 18706-2013 |
| 5098062 | | Younomics, 35 E 21st St, New York, NY 10010-6212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5098046 | | EDI: BANKAMER.COM | Aug 20 2021 22:33:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 5112471 | | EDI: BANKAMER.COM | Aug 20 2021 22:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5098047 | | EDI: BANKAMER.COM | Aug 20 2021 22:33:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5098049 | | EDI: CAPITALONE.COM | Aug 20 2021 22:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 5104721 | | EDI: CAPITALONE.COM | Aug 20 2021 22:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5125284 | + | EDI: CITICORP.COM | Aug 20 2021 22:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5098051 | | Email/Text: electronicbkydocs@nelnet.net | Aug 20 2021 18:34:00 | Dept of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5098054 | | Email/Text: bankruptcy@avadynehealth.com | Aug 20 2021 18:34:00 | H & R Accounts Inc, 5320 22nd Ave, Moline, IL 61265-3627 |
| 5098055 | | EDI: JEFFERSONCAP.COM | Aug 20 2021 22:33:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5114419 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 18:34:34 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5098057 | | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 20 2021 18:34:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 5120997 | | Email/Text: camanagement@mtb.com | Aug 20 2021 18:34:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5117976 | + | EDI: MID8.COM | Aug 20 2021 22:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5105092 | | EDI: PRA.COM | Aug 20 2021 22:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5098401 | + | EDI: RECOVERYCORP.COM | Aug 20 2021 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5098059 | | EDI: RMSC.COM | Aug 20 2021 22:33:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 5098058 | | EDI: RMSC.COM | Aug 20 2021 22:33:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5098060 | | EDI: CITICORP.COM | Aug 20 2021 22:33:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5103808 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 20 2021 18:34:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5098061 | | EDI: VERIZONCOMB.COM | Aug 20 2021 22:33:00 | VERIZON WIRELESS, PO Box 3397, Bloomington, IL 61702-3397 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | |

| | |
|---|---|
| | on behalf of Debtor 2 Brianna Kathryn Spak-Heichel MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Justin Warren Heichel MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Creditor ESSA Bank & Trust rkidwell@newmanwilliams.com rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Justin Warren Heichel | Social Security number or ITIN  xxx–xx–5978 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Brianna Kathryn Spak–Heichel | Social Security number or ITIN  xxx–xx–5036 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03476–MJC | |

# Order of Discharge                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin Warren Heichel
aka Justin Heichel, aka Justin W. Heichel

Brianna Kathryn Spak–Heichel
aka Brianna Spak, aka Brianna K. Heichel, aka Brianna Heichel, aka Brianna Kathryn Heichel, aka Brianna K. Spak–Heichel, aka Brianna K. Spak, aka Brianna Spak–Heichel, aka Brianna Kathryn Spak

**By the court:**

8/20/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W          **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**