# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| JUSTIN WARREN HEICHEL | Case No.: 5-18-03476-MJC |
| BRIANNA KATHRYN SPAK-HEICHEL | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

Creditor Name:      M & T BANK
Court Claim Number:      15
Last Four of Loan Number:      2855/PRE ARREARS/849 MAIN ST
Property Address if applicable:      851 MAIN ST, , SUGAR NOTCH, PA18706-2013

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,243.28 |
| b. | Prepetition arrearages paid by the Trustee: | $2,243.28 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,243.28 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 30, 2021                    Respectfully submitted,


                                          s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA 17036
                                          Phone: (717) 566-6097
                                          Fax: (717) 566-8313
                                          eMail: info@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  15

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9006351 | 09/26/2019 | $83.04 | $0.00 | $83.04 |
| 5200 | 9006440 | 10/10/2019 | $125.50 | $0.00 | $125.50 |
| 5200 | 9006522 | 11/07/2019 | $212.66 | $0.00 | $212.66 |
| 5200 | 9006613 | 12/12/2019 | $153.92 | $0.00 | $153.92 |
| 5200 | 9006705 | 01/16/2020 | $153.91 | $0.00 | $153.91 |
| 5200 | 9006796 | 02/13/2020 | $153.92 | $0.00 | $153.92 |
| 5200 | 9006887 | 03/12/2020 | $219.29 | $0.00 | $219.29 |
| 5200 | 9007044 | 04/14/2020 | $219.28 | $0.00 | $219.28 |
| 5200 | 9007237 | 05/06/2020 | $180.00 | $0.00 | $180.00 |
| 5200 | 9007753 | 07/07/2020 | $360.00 | $0.00 | $360.00 |
| 5200 | 9008054 | 08/12/2020 | $180.00 | $0.00 | $180.00 |
| 5200 | 9008373 | 09/17/2020 | $180.00 | $0.00 | $180.00 |
| 5200 | 9008692 | 10/15/2020 | $21.76 | $0.00 | $21.76 |

Re:

| | |
|---|---|
| JUSTIN WARREN HEICHEL | Case No.: 5-18-03476-MJC |
| BRIANNA KATHRYN SPAK-HEICHEL | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 30, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JASON P PROVINZANO, ESQUIRE          SERVED ELECTRONICALLY
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE PA,   18701-1708


M&T                                   SERVED BY 1ST CLASS MAIL
PO BOX 840
BUFFALO, NY,   14240


JUSTIN WARREN HEICHEL                 SERVED BY 1ST CLASS MAIL
BRIANNA KATHRYN SPAK-HEICHEL
851 MAIN ST
SUGAR NOTCH, PA  18706-2013


I certify under penalty of perjury that the foregoing is true and correct.


Date: August 30, 2021                 s/   Liz Joyce
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  info@pamd13trustee.com